IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALBERT B. ROBERTSON**                                           **PETITIONER**

v.                                   No. 3:12-cv-40-DPM

**MIKE ALLEN, Sheriff,**
**Crittenden County**                                             **RESPONDENT**

## JUDGMENT

Robertson's petition for a writ of habeas corpus is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2012